AUSA: Timothy E. Garcia Telephone: (313) 226-9522

AO 91 (Rev. 11/11) Criminal Complaint Agent: Ryan Champion Telephone: (810) 989-5056

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Augusto GOMEZ-Garcia,
a/k/a Hugo ESTRADA-Trejo

Case No.

Case: 2:26−mj−30607
Assigned To : Unassigned
Assign. Date : 9/29/2026
Description: RE: AUGUSTO GOMEZ−GARCIA (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 24, 2026 in the county of St. Clair in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 8 U.S.C. 1326(b) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Ryan Champion, U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: September 29, 2026

City and state: Detroit, MI

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

I, Ryan Champion, declare the following under penalty of perjury:

1. I am a United States Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol (USBP). I have been employed in this capacity since August 9, 2009. Currently, I am assigned to the Marysville Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and records checks of law enforcement databases. I have also reviewed the official immigration file and system automated data relating to Augusto GOMEZ-Garcia, a/k/a Hugo ESTRADA-Trejo, which attests the following:

2. The information set forth below is for the limited purpose of establishing probable cause the GOMEZ-Garcia violated Title 8, United States Code, Section 1326(a) and (b)(1). Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3. Augusto GOMEZ-Garcia is a 50-year-old native and citizen of Guatemala, who last re-entered the United States at or near an unknown place, on or about an unknown date, without being admitted, inspected or paroled by an Immigration Officer. Except where otherwise noted, in all previous encounters with law enforcement, including criminal convictions, GOMEZ-Garcia falsely claimed his name was Hugo ESTRADA-Trejo and his country of citizenship was Mexico.

4. On September 15th, 1999, GOMEZ-Garcia was arrested by USBP agents at or near Sasabe, AZ. GOMEZ-Garcia. Disposition: Voluntary Returned to Mexico that day.

5. On September 23rd, 1999, GOMEZ-Garcia was arrested by USBP agents at or near Sasabe, AZ. GOMEZ-Garcia. Disposition: Voluntary Returned to Mexico that day.

6. On February 4th, 2004, GOMEZ-Garcia was arrested by the USBP agents near Nogales, AZ. GOMEZ-Garcia. Disposition: Voluntary Return to Mexico that day.

7. On July 5th, 2005, GOMEZ-Garcia was arrested by USBP agents at or near Sasabe, AZ. GOMEZ-Garcia. Disposition: Voluntary Returned to Mexico that day.

8. On September 12, 2005, GOMEZ-Garcia was arrested by USBP agents at or near Sasabe, AZ. GOMEZ-Garcia. Disposition: Voluntary Returned to Mexico that day.

9. On September 25th, 2005, GOMEZ-Garcia was arrested by USBP agents at or near Sasabe, AZ. GOMEZ-Garcia. Disposition: Voluntary Returned to Mexico that day.

10. On October 24th, 2005, GOMEZ-Garcia was arrested by USBP agents at or near Sasabe, AZ. GOMEZ-Garcia. Disposition: Voluntary Returned to Mexico that day.

11. On November 9th, 2005 GOMEZ-Garcia was arrested by USBP agents at or near Sasabe, AZ. GOMEZ-Garcia. Disposition: Voluntary Returned to Mexico that day.

12. On March 30th, 2007, GOMEZ-Garcia was arrested by USBP agents at or near Sasabe, AZ. GOMEZ-Garcia. Disposition: Voluntary Returned to Mexico that day.

13. On October 22nd, 2007, GOMEZ-Garcia was convicted in the Pima County Superior Court in Arizona of criminal damage, more than $10,000, in violation of Arizona Revised Statutes 13-1602. GOMEZ-Garcia was sentenced to 2.5 years imprisonment with consecutive community supervision, $563.15 in fines and costs, and $18,468.74 in restitution.

14. On June 6th, 2009, GOMEZ-Garcia was arrested by Immigration Officials near Sasabe, AZ. GOMEZ-Garcia. Disposition: Processed for Notice to Appear/ Detained.

15. On June 7th, 2009, GOMEZ-Garcia was ordered removed to Mexico by an immigration Judge. On June 8th, 2009, GOMEZ-Garcia was removed to Mexico Via Nogales, AZ.

16. On February 5th, 2011, GOMEZ-Garcia was arrested by USBP agents at or near Sasabe, AZ. GOMEZ-Garcia. Disposition: GOMEZ-Garcia's previous order of removal was reinstated.

17. On February 8th, 2011, GOMEZ-Garcia was removed to Mexico via Calexico, CA.

18. On October 30th, 2011, GOMEZ-Garcia was arrested by USBP agents at or near Sasabe, AZ. GOMEZ-Garcia. Disposition: GOMEZ-Garcia's previous order of removal was reinstated.

19. On October 30th, 2011, GOMEZ-Garcia was charged in the United States District Court for the District of Arizona with illegal re-entry in violation of 8 U.S.C. § 1326(a) and (b)(1) and illegal entry in violation of 8 U.S.C. §1325. Pursuant to a plea agreement, he pleaded guilty to illegal entry and was sentenced on November 9, 2011, to 150 days imprisonment.

20. On March 28th,2012, GOMEZ-Garcia was removed to Mexico via Brownsville, TX.

21. On May 13, 2024, GOMEZ-Garcia was arrested in Collierville, Tennessee, for driving without a license, registration violations, and false plates. He was released before immigration officials were notified of his arrest.

22. On September 24, 2026, acting on information from local law enforcement and recent arrests, USBP Agents conducted surveillance on a hotel in Port Huron where multiple aliens illegally present in the United States were believed to be living in connection with their employment.

23. USBP Agents approached a group of aliens exiting a work vehicle. Three aliens, including GOMEZ-Garcia, attempted to flee on foot but were apprehended hiding behind a nearby residence. A total of nine aliens were arrested for being illegally present in the United States.

24. During administrative processing, GOMEZ-Garcia provided a sworn statement under penalty of perjury. In that statement, he admitted that he had previously lied about his name and country of citizenship. He had in his possession a valid and unexpired Guatemalan Consular Card and Guatemalan National Registration card confirming his true name and identity as Augusto GOMEZ-Garcia.

25. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation

regulating the admission, exclusion, expulsion, or removal of aliens.

26. Review of the alien file (A# XXX XXX 458) for GOMEZ-Garcia (under his alias ESTRADA-Trejo), and queries in USBP computer databases confirm no record exists of GOMEZ-Garcia obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States following his last departure on March 28th, 2012.

27. Based on the above information, I believe there is probable cause to conclude that GOMEZ-Garcia, is an alien who was found in the United States after removal subsequent to conviction for a felony, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8 U.S.C. § 1326(a) and (b)(1).

Ryan Champion, U.S. Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable David R. Grand
United States Magistrate Judge

September 29, 2026